UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JASON-ISSA KARKAR, | Case No. 14-cv-01044-JST |
|---|---|
| Plaintiff, | |
| v. | **REVISED SCHEDULING ORDER** |
| STATE FARM GENERAL INSURANCE COMPANY, | |
| Defendant. | |

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Case management conference | 5/20/15 at 2:00 p.m. |
| Fact discovery cut-off | 6/5/15 |
| Expert disclosures | 7/1/15 |
| Expert rebuttal | 7/17/15 |
| Expert discovery cut-off | 7/31/15 |
| Deadline to file dispositive motions | 8/21/15 |
| Pretrial conference statement due | 11/3/15 |
| Pretrial conference | 11/13/15 at 2:00 p.m. |
| Trial | 12/7/15 at 8:30 a.m. |
| Estimate of trial length (in days) | 10 |

1  Counsel may not modify these dates without leave of court.  The parties shall comply with
2  the Court's standing orders, which are available at cand.uscourts.gov/jstorders.
3  The parties must take all necessary steps to conduct discovery, compel discovery, hire
4  counsel, retain experts, and manage their calendars so that they can complete discovery in a timely
5  manner and appear at trial on the noticed and scheduled dates.  All counsel must arrange their
6  calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.
7  Trial dates set by this Court should be regarded as firm.  Requests for continuance are
8  disfavored.  The Court will not consider any event subsequently scheduled by a party, party-
9  controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant
10  a continuance.  The Court will not consider the pendency of settlement discussions as good cause
11  to grant a continuance.
12  IT IS SO ORDERED.
13  Dated:  March 12, 2015

_____
JON S. TIGAR
United States District Judge