STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
DARA M. TANG (SBN 231413)
HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
203 Redwood Shores Pkwy., Ste. 480
Redwood City, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendant
STATE FARM GENERAL INSURANCE COMPANY

CARLOS JATO (SBN 282710)
819 Eddy Street
San Francisco, CA 94109

Attorney for Plaintiff
JASON-ISSA KARKAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON-ISSA KARKAR,<br><br>         Plaintiff,<br><br>    v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, and DOES 1 through 20, inclusive,<br><br>         Defendants. | CASE NO.  14-cv-01044 JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO PARTIALLY REVISE THE COURT'S SCHEDULING ORDER** |

Plaintiff Jason-Issa Karkar and Defendant State Farm General Insurance Company ("State Farm"), by and through their respective counsel, hereby stipulate to revise the Court's March 12, 2015 Revised Scheduling Order (Dkt 28) and to revise the briefing schedule for State Farm's motion for summary judgment as follows:

**I.
RECITALS**

1.      The parties have been working diligently toward moving this case forward in an efficient and expeditious manner. Despite the parties' diligent efforts and cooperation to complete discovery, the parties seek a short continuance of the fact and expert deadlines and a revised briefing schedule for State Farm's summary judgment motion. The parties do not seek to continue the pre-

trial dates or the trial date.

2. On March 12, 2015, pursuant to the parties' stipulation, the court revised the scheduling order with regards to the fact and expert discovery deadlines, and the trial date. [Docket Number 28];

3. Since the revised scheduling order was entered, the parties have diligently worked on completing discovery, including scheduling numerous deposition of key witnesses and conducting further written discovery.

4. On June 12, 2015, State Farm filed its motion for summary judgment, which will be heard on July 23, 2015. Presently, plaintiff's opposition papers are due June 26, 2015 and State Farm's reply brief is due July 6, 2015. The parties agree to give plaintiff additional time to file his opposition brief, and agree that plaintiff's opposition brief will be due July 2, 2015. The parties agree that State Farm's reply brief will be due July 9, 2015, a week after plaintiff's opposition is filed.

5. The parties seek a short continuance of the fact discovery cut-off date to June 30, 2015.

6. The parties seek a short continuance of the expert deadlines to avoid the time and expense of disclosing and deposing experts until after a ruling on the summary judgment motion.

7. The parties have agreed to a proposed stipulated order revising the scheduling order and the briefing schedule for State Farm's summary judgment motion as follows:

## II.
## STIPULATION

For the reasons set forth above, the parties hereby stipulate to the following revisions to the court's Pretrial Schedule:

| | |
|---|---|
| 1. Discovery Cutoff | June 30, 2015 (currently June 5, 2015) |
| 2. Plaintiff's Opposition to State Farm's summary judgment motion | July 2, 2015 (currently June 26, 2015) |
| 3. State Farm's Reply Brief in support of its summary judgment motion | July 9, 2015 (currently July 6, 2015) |

603531                                          -2-
**STIPULATION AND [~~PROPOSED~~] ORDER - CASE NO. 14-cv-01044 JST**

| | | |
|---|---|---|
| 4. Expert Disclosure | | September 15, 2015 (currently July 1, 2015) |
| 4. Expert Rebuttal | | September 29, 2015 (currently July 17, 2015) |
| 5. Expert Discovery Cutoff | | October 13, 2015 (currently July 31, 2015) |

Dated: June 17, 2015         LAW OFFICE OF CARLOS JATO

By:  */S/ Carlos Jato*
      CARLOS JATO
      Attorney for Plaintiff
      JASON ISSA-KARKAR

Dated:  June 17, 2015        HAYES SCOTT BONINO ELLINGSON & MCLAY, LLP

By:  */S/ Stephen P. Ellingson*
      STEPHEN M. HAYES
      STEPHEN P. ELLINGSON
      DARA M. TANG
      Attorneys for Defendant
      STATE FARM GENERAL INSURANCE COMPANY

603531                       -3-
**STIPULATION AND [PROPOSED] ORDER - CASE NO. 14-cv-01044 JST**

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, the Pretrial Schedule is revised as follows:

1. Discovery Cutoff — June 30, 2015 (currently June 5, 2015)

2. Plaintiff's Opposition to State Farm's summary judgment motion — July 2, 2015 (currently June 26, 2015)

5. State Farm's Reply Brief in support of its summary judgment motion — July 9, 2015 (currently July 6, 2015)

6. Expert Disclosure — September 15, 2015 (currently July 1, 2015)

4. Expert Rebuttal — September 29, 2015 (currently July 17, 2015)

5. Expert Discovery Cutoff — October 13, 2015 (currently July 31, 2015)

Dated: _____June 19_____, 2015

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA